JEFFREY M. LENKOV, ESQ. (SBN 156478)
SHARON S. JEFFREY, ESQ. (SBN 228149)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, CEC ENTERTAINMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMOND SAMANIEGO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CEC ENTERTAINMENT, INC., a Kansas Corporation, individually and doing business in California as CHUCK E. CHEESE'S; and DOES 1 to 50, Inclusive, <br><br> Defendants. | **Case No.:** CV14-00735-SJO(AGRx) <br><br> **[PROPOSED] ORDER REMANDING ACTION TO THE LOS ANGELES SUPERIOR COURT** |

Pursuant to the stipulation of the parties, the Court hereby remands this action to the Los Angeles Superior Court as Case No. BC 531821.

IT IS SO ORDERED

DATE: July 10, 2014

By:_____
JAMES S. OTERO
United States District Judge

```
cc: order, docket, remand letter to
    Los Angeles Superior Court
    No. BC 531821
```

-1-

ORDER REMANDING ACTION

H:\Raymond\LA14CV00735SJO-REMAND O 7-10-14.wpd